UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-349-D

FILED

AUG 2 3 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA

v.                                                    CRIMINAL INFORMATION

JANELL THOMPSON

The United States Attorney charges that:

Beginning on or about February 10, 2014, and continuing to in or about June

2018, in the Eastern District of North Carolina and elsewhere, the defendant,

JANELL THOMSPON, willfully and knowingly conspired and agreed with another

individual to commit certain offenses under Title 18, United States Code, Section

1956, in that they conducted and attempted to conduct financial transactions

affecting interstate commerce, which transactions involved the proceeds of specified

unlawful activity, that is, conspiracy to distribute and possess with intent to

distribute Methyl 2-(1-(5-fluoropentyl)-1H-indazole-3-carboxamido)-3,3-dimethyl-

butanoate [also known as 5 Fluoro ADB, 5F-ADB, and 5F-MDMB-PINACA], a

Schedule I controlled substance, in violation of Title 21, United States Code, Section

846, with the intent to promote the carrying on of such specified unlawful activity,

and while conducting and attempting to conduct such financial transactions knew the

property involved in the financial transaction represented the proceeds of some form

of unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

ROBERT J. HIGDON, JR.
United States Attorney

By: _Barbara D. Kocher_

BARBARA D. KOCHER
Assistant U.S. Attorney
Criminal Division
310 New Bern Ave.   Suite 800
Raleigh, NC   27601
NC Bar 16360
barb.kocher@usdoj.gov
Telephone: 919-856-4530
Facsimile: 919-856-4487